UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEREMY E BARKUS, | ) | |
| | ) | No.  CV-09-0209-CI |
|                     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) | U.S.C. § 405(g) |
| Security, | ) | |
| | ) | |
|                     Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Ct. Rec. 21.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 6.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' Stipulated Motion for Remand **(Ct. Rec. 21)** is **GRANTED**.   The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Based upon the parties' Stipulation, on remand, the administrative law judge (ALJ) shall issue a favorable decision finding Plaintiff disabled under the Social Security Act and eligible for disability benefits.

2.   Judgment shall be entered for the **PLAINTIFF**.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

3.   Plaintiff's Motion for Summary Judgment (**Ct. Rec. 16**) is stricken as moot.

4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 23, 2010.

        <u>      S/ CYNTHIA IMBROGNO      </u>
        UNITED STATES MAGISTRATE JUDGE